**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-1349**

———————

JAMES SHANNON DOBY,

                                    Plaintiff - Appellant,

        versus

JO ANNE BARNHART, Commissioner of Social
Security,

                                    Defendant - Appellee.

———————

Appeal from the United States District Court for the Middle
District of North Carolina, at Durham.  William L. Osteen, District
Judge.  (CA-01-376)

———————

Submitted:  April 29, 2004        Decided:  May 3, 2004

———————

Before LUTTIG, WILLIAMS, and SHEDD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

James Shannon Doby, Appellant Pro Se.  Lisa Gail Smoller, SOCIAL
SECURITY ADMINISTRATION, Boston, Massachusetts, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

James Shannon Doby appeals the district court's order accepting the magistrate judge's recommendation to uphold the Commissioner's denial of certain social security benefits. We must uphold the district court's determination if the decision is supported by substantial evidence and the correct law was applied. See 42 U.S.C. § 405(g) (2000); Craig v. Chater, 76 F.3d 585, 589 (4th Cir. 1996). We have reviewed the record and the district court's order and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Doby v. Barnhart, No. CA-01-376 (M.D.N.C. Jan. 21, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED